Payam Shahian (SBN 228406)
pshahian@slpattorney.com
Larry W. Chae (SBN 268979)
lchae@slpattorney.com
STRATEGIC LEGAL PRACTICES, APC
1875 Century Park East, Suite 700
Los Angeles, California 90067
Telephone:  (310) 277-1040
Facsimile:   (310) 943-3838

Attorneys for Plaintiff
REX POTTER


Frank P. Kelly III (SBN 83473)
fkelly@shb.com
Amir M. Nassihi (SBN 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Telephone:    415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REX POTTER, individually, and on behalf of a class of similarly situated individuals, ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　　Defendant. | Case No. CV-13-5095-PJH<br><br>**PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE (FED. R. CIV. P. 41)** |

This stipulation is entered into by Plaintiff REX POTTER and Defendant FORD MOTOR COMPANY (collectively, the "Parties"), by and through their respective counsel:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to dismissal of the above-captioned matter with prejudice. Except as was provided within the confidential settlement terms, each side to bear its own attorney's fees, costs, and expenses.

Respectfully submitted,

Dated:  September 22, 2014            STRATEGIC LEGAL PRACTICES, APC

By:  /s/ Larry W. Chae
Attorney for Plaintiff
REX POTTER


Dated:  September 22, 2014            SHOOK, HARDY & BACON L.L.P.

By:  /s/ Amir Nassihi
Attorney for Defendant
FORD MOTOR COMPANY


**ATTESTATION OF E-FILER**

I, Amir Nassihi, in compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

Dated: September 22, 2014            SHOOK, HARDY & BACON L.L.P.

By:  /s/ Amir Nassihi

Attorney for Defendant
FORD MOTOR COMPANY